## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Core Optical Technologies, LLC,

PLAINTIFF(S)/PETITIONER(S)

v.

Cisco Systems, Inc, et al,

DEFENDANT(S)/RESPONDENTS(S)

CASE NUMBER

SACV 20-01468JVS(JDEx)

## ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

18 USC Section 455(b)(4) - financial interest in party

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:

☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

8/10/20

Date

United States District Judge James V Selna

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge    Cormac J. Carney    . On all documents subsequently filed in this case, please substitute the initials    CJC    after the case number in place of the initials of the prior judge so that the case number will read:  8:20-cv-01468 CJC (JDEx)  .

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-52 (03/19)          ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03