1  David P. Enzminger (SBN: 137065)
   denzminger@winston.com
2  WINSTON & STRAWN LLP
   275 Middlefield Rd., Suite 205
3  Menlo Park, CA  94025
   Telephone:  (650) 858-6500
4  Facsimile:  (650) 858-6550

5  Krishnan Padmanabhan (SBN: 254220)
   kpadmanabhan@winston.com
6  Thomas W. Hartin *(Pro Hac Vice)*
   thartin@winston.com
7  WINSTON & STRAWN LLP
   200 Park Avenue
8  New York, NY 10166
   Telephone:  (212) 294-6700
9  Facsimile:  (212) 294-4700

10 Michael French *(Pro Hac Vice)*
   WINSTON & STRAWN LLP
11 800 Capital Street, Suite 2400
   Houston, TX 77002
12 Telephone:  (713) 651-2600
   Facsimile:  (713) 651-2700
13
   Attorneys for Plaintiff,
14 Cisco Systems, Inc.

15
## UNITED STATES DISTRICT COURT
16
## CENTRAL DISTRICT OF CALIFORNIA
17
## LOS ANGELES DIVISION
18

| | |
|---|---|
| 19  CORE OPTICAL TECHNOLOGIES, LLC, | Case No. 8:20-cv-01468-JAK (RAOx) |
| 20         Plaintiff, | **NOTICE OF APPEARANCE OF KRISHNAN PADMANABHAN** |
| 21      v. | |
| 22  CISCO SYSTEMS, INC., and DOES 1 through 10, Inclusive, | |
| 23 | |
| 24         Defendant(s). | |

25
26
27
28

|    |    |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Krishnan Padmanabhan of the law firm Winston |
| 3 | & Strawn LLP (California 254220) hereby enter his appearances in this action on |
| 4 | behalf of Defendant Cisco Systems, Inc.  The undersigned respectfully request to be |
| 5 | included on the Court's notification of all electronic filings in the action, and that |
| 6 | papers or documents not subject to electronic filing be served at the address below. |
| 7 |   |
| 8 | Dated:  September 14, 2020 |
| 9 | WINSTON & STRAWN LLP |
| 10 |   |
| 11 | By: */s/ K. Padmanabhan*  <br>       Krishnan Padmanabhan |
| 12 | Counsel for Defendant |
| 13 | CISCO SYSTEMS, INC. |

1

NOTICE OF APPEARANCE OF KRISHNAN PADMANABHAN