# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 101 California Street, Suite 3500, San Francisco, CA 94111.

On July 7, 2021, I hereby certify that a true and exact copy of the foregoing document described as:

**UNREDACTED DEFENDANTS' JOINT RESPONSIVE CLAIM CONSTRUCTION BRIEF UNDER S.P.R. 3.5**

was served on the interested parties in this action listed on the service list below.

☒ by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

SERVICE LIST:

Lawrence M Hadley
lhadley@glaserweil.com
Stephen Underwood
underwood@glaserweil.com
Glaser Weil Fink Jacobs Howard Avchen and Shapiro LLP
10250 Constellation Blvd 19th Floor
Los Angeles, CA 90067
Telephone: 310-553-3000
Fax: 310-556-2920

Lawrence Robert LaPorte
lawrence.laporte@lewisbrisbois.com
Lewis Brisbois Bisgaard and Smith LLP
633 West 5th Street Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Fax: 213-250-7900

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2021 at San Francisco, California.

*Ying Lin Steinberg*