John D. Haynes (*pro hac vice*)
john.haynes@alston.com
**Alston & Bird LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

*Attorney for Nokia Defendants*

David P. Enzminger (SBN 137065)
denzminger@winston.com
**Winston & Strawn LLP**
333 S. Grand Ave.
Los Angeles, CA 90071
Telephone: 213-615-1700
Facsimile: 213-615-1750

*Attorney for Cisco Systems, Inc. and*
*ADVA Defendants*

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION,<br><br>CISCO SYSTEMS, INC.,<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 8:19-cv-02190 JAK (RAOx)<br>Case No. 8:20-cv-01468 JAK (RAOx)<br>Case No. 8:20-cv-01463 JAK (RAOx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY**<br><br>Action filed: November 12, 2019<br><br>Hearing date: December 6, 2021<br>Time: 8:30 a.m. |

**PLEASE TAKE NOTICE** that on December 6, 2021, at 8:30 a.m., or as soon thereafter as this matter may be heard before the Honorable John A. Kronstadt in Courtroom 10B of the First Street Courthouse, located at 350 W. First Street, Los Angeles, CA, 90012, defendants Nokia Corporation, Nokia of America Corporation, Cisco Systems, Inc., and ADVA Optical Networking North America, Inc. (collectively, "Defendants") by and through their undersigned counsel, will, and hereby do, move the Court to stay discovery pending resolution of Defendants' motion for summary judgment.

This motion is based on this Notice of Motion and Motion to Stay Discovery and the supporting Memorandum of Law, filed concurrently herewith, and upon such oral argument and/or documentary evidence that may be presented to this Court at or before the hearing on this motion.

This motion is made following a conference of counsel pursuant to L.R. 7-3, which took place on August 31, 2021.

DATED: September 7, 2021

/s/ *Thomas W. Davison*
John D. Haynes (admitted *pro hac vice*)
john.haynes@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Thomas W. Davison (admitted *pro hac vice*)
tom.davison@alston.com
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333

H. James Abe (State Bar No. 265534)

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | james.abe@alston.com                                 |
| 2   | ALSTON & BIRD LLP                                    |
|     | 333 South Hope Street, 16th Floor                    |
| 3   | Los Angeles, CA  90071                               |
|     | Telephone: (213) 576-1000                            |
| 4   | Facsimile: (213) 576-1100                            |
| 5   |                                                      |
|     | ***Attorneys for Defendants Nokia Corp. and Nokia*** |
| 6   | ***of America Corp.***                               |
| 7   | /s/ *David P. Enzminger*                             |
| 8   | David P. Enzminger (SBN 137065)                      |
|     | denzminger@winston.com                               |
| 9   | **Winston & Strawn LLP**                             |
| 10  | 333 S. Grand Ave.                                    |
|     | Los Angeles, CA 90071                                |
| 11  | Telephone: 213-615-1700                              |
| 12  | Facsimile: 213-615-1750                              |
| 13  | Krishnan Padmanabhan (SB: 254220)                    |
|     | kpadmanabhan@winston.com                             |
| 14  | **Winston & Strawn LLP**                             |
| 15  | 200 Park Avenue                                      |
|     | New York, NY 10166                                   |
| 16  | Telephone: (212) 294-6700                            |
| 17  | Facsimile: (212) 294-4700                            |
| 18  | James C. Lin (SB: 271673)                            |
|     | jalin@winston.com                                    |
| 19  | **Winston & Strawn LLP**                             |
| 20  | 275 Middlefield Rd., Suite 205                       |
|     | Menlo Park, CA 94025                                 |
| 21  | Telephone: (650) 858-6500                            |
| 22  | Facsimile: (650) 858-6550                            |
| 23  | Michael French (Pro Hac Vice)                        |
|     | mfrench@winston.com                                  |
| 24  | **Winston & Strawn LLP**                             |
| 25  | 800 Capitol Street, Suite 2400                       |
|     | Houston, TX 77002                                    |
| 26  | Telephone: (713) 651-2600                            |
| 27  | Facsimile: (713) 651-2700                            |
| 28  |                                                      |

***Attorneys for Cisco Systems, Inc. and ADVA Defendants***
DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY** via the Court's CM/ECF system this 7th day of September 2021.

/s/ *Krishnan Padmanabhan*

Krishnan Padmanabhan