# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION,<br><br>CISCO SYSTEMS, INC.,<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.,<br><br>Defendants. | CASE NO: 8:19-cv-02190-JAK-RAO<br>CASE NO: 8:20-cv-01468-JAK-RAO<br>CASE NO: 8:20-cv-01463-JAK-RAO<br><br>**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Action filed: November 12, 2019<br><br>Hearing date: December 6, 2021<br>Time: 8:30 a.m. |

I, Krishnan Padmanabhan, declare and state as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney with Winston & Strawn LLP, counsel for defendant Cisco Systems, Inc., ADVA Optical Networking SE, and ADVA Optical Networking North America, Inc. in this case. I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. I make this declaration in support of Defendants' Motion to Stay Discovery.

3. Only two depositions have taken place in the pending cases, *i.e.*, the deposition of Mark Core and a deposition of Nokia Corp. related to jurisdictional discovery.

4. Core Optical has served 30(b)(6) deposition notices on each defendant that comprise 42 topics. These depositions have not been scheduled.

5. The Parties are in the process of negotiating a stipulation regarding email production, which currently provides for the production of up to 25,000 emails from each Defendant Group (*i.e.*, the Nokia Defendants, Cisco, and ADVA). This amounts to the production of up to 75,000 emails from the Defendants.

6. Defendants have three outstanding subpoenas to non-parties (Mr. Derek Kubo, Dr. Harry Tan, and Womble Bond Dickinson) for documents and testimony.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on September 7, 2021 in New York, New York.

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan

1
PADMANABHAN DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO STAY