UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION,<br><br>CISCO SYSTEMS, INC.,<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 8:19-cv-02190 JAK (RAOx)<br>Case No. 8:20-cv-01468 JAK (RAOx)<br>Case No. 8:20-cv-01463 JAK (RAOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Action filed: November 12, 2019<br><br>Hearing date: December 6, 2021<br>Time: 8:30 a.m. |

**[PROPOSED] ORDER**

Before this Court is Defendants' Motion to Stay Discovery ("Motion"). Having considered the parties' positions, and for good cause, the Court finds the Motion should be **GRANTED**. Discovery in this case shall be stayed pending resolution of Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED**.

Dated:

Hon. John A. Kronstadt
District Court Judge of the United States District Court, Central District of California