| | |
|---|---|
| LAWRENCE HADLEY (SB 157,728) | LAWRENCE LAPORTE (SB 130,003) |
| STEPHEN UNDERWOOD (SB 320,303) | Lawrence.LaPorte@lewisbrisbois.com |
| lhadley@glaserweil.com | LEWIS BRISBOIS LLP |
| sunderwod@glaserweil.com | 633 West 5th Street, Suite 4000 |
| GLASER WEIL LLP | Los Angeles, California 90071 |
| 10250 Constellation Blvd, 19th Floor | |
| Los Angeles, California 90067 | |

Attorneys for Plaintiff Core Optical Technologies, LLC

| | |
|---|---|
| Thomas W. Davison (*pro hac vice*) | David P. Enzminger (SB 137065) |
| tom.davison@alston.com | Krishnan Padmanabhan (SB 254,220) |
| ALSTON & BIRD LLP | denzminger@winston.com |
| 950 F Street NW | kpadmanabhan@winston.com |
| Washington, DC 20004 | WINSTON & STRAWN LLP |
| Attorneys for Nokia Defendants | 355 S Grand Ave |
| | Los Angeles, CA 90071 |
| | Attorneys for ADVA and Cisco |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION; <br><br> ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.; and <br><br> CISCO SYSTEMS, INC. <br><br> Defendants. | CASE NO: 8:19-cv-2190-JAK-RAO <br> CASE NO: 8:20-cv-1463-JAK-RAO <br> CASE NO: 8:20-cv-1468-JAK-RAO <br><br> **STIPULATED PER STANDING ORDER: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1 | Plaintiff Core Optical Technologies, LLC ("Core") and Defendants Nokia Corporation and Nokia of America Corporation ("Nokia"), ADVA Optical Networking SE and ADVA Optical Networking North America, Inc. ("ADVA"), and Cisco Systems, Inc. ("Cisco") (the latter, the "Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 7, 2021, Defendants filed a joint Motion for Summary Judgment, which was: (i) Dkt. No. 102-1 in Case No. 19-cv-2190 (the *Nokia* case); (ii) Dkt. No. 81-1 in Case No. 20-cv-1463 (the *ADVA* case); and (iii) Dkt. No. 64-1 in Case No. 20-cv-1468 (the *Cisco* case);

WHEREAS, pursuant to Standing Order 9(b) for Civil Cases, the Court "will permit the parties to stipulate, without a court order, to a briefing schedule for any motion that is set for a hearing to be held more than 70 days from the date it was filed so long as the reply is filed no later than five (5) weeks prior to the hearing date;"

WHEREAS, the hearing on Defendants' Motion is set for December 6, 2021, which is more than 70 days from the September 7, 2021 filing date;

WHEREAS, the current briefing schedule on the Motion is as follows: Core's Opposition is due on September 28, 2021 (21 days after the filing of the motion), and Defendants' Reply is due on October 12, 2021 (35 days after the filing of the motion);

WHEREAS, the Parties have conferred and agreed that Core's Opposition to Defendants' Motion shall be due on October 8, 2021, and that Defendants' Reply shall be due on November 1, 2021, which is at least five weeks prior to the currently-noticed hearing date of December 6, 2021;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

Core Optical's Opposition to Defendants' Motion shall be due on October 8, 2021, and Defendants' Reply Brief shall be due on November 1, 2021.

IT IS SO STIPULATED.

*For Plaintiff Core Optical:*

DATED: September 21, 2021  GLASER WEIL and LEWIS BRISBOIS LLP

By: /s/Lawrence Hadley
LAWRENCE M. HADLEY
STEPHEN E. UNDERWOOD
LAWRENCE R. LAPORTE

*For Nokia Defendants*

DATED: September 21, 2021  ALSTON & BIRD LLP

By: /s/ Thomas W. Davison
THOMAS W. DAVISON
JOHN D. HAYNES

*For ADVA Defendants:*

DATED: September 21, 2021  WINSTON & STRAWN LLP

By: /s/ Krishnan Padmanabhan
DAVID ENZMINGER
KRISHNAN PADMANABHAN

*For Defendant Cisco:*

DATED: September 21, 2021  WINSTON & STRAWN LLP

By: /s/ Krishnan Padmanabhan
DAVID ENZMINGER
KRISHNAN PADMANABHAN