# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION,<br><br>CISCO SYSTEMS, INC.,<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.,<br><br>    Defendants. | No. 8:19-cv-02190 JAK (RAOx)<br>**No. 8:20-cv-01468 JAK (RAOx)**<br>No. 8:20-cv-01463 JAK (RAOx)<br><br>**ORDER RE DEFENDANTS' MOTION TO STAY DISCOVERY (DKT. 66)** |

Based on a review of Defendants' Motion to Stay Discovery (the "Motion" (Dkt. 66)), and Plaintiff's response (Dkt. 71) sufficient good cause has been shown for the requested relief due to the substantive issues presented in Defendants' Motion for Summary Judgment (Dkt. 70), which is set for hearing on December 6, 2021. Further, because that motion also raises a standing issue, there is "an obligation to ensure that subject matter jurisdiction exists before proceeding." *See Reseda Med. Clinic v. Liberty Mut. Ins. Co.*, No. CV 17-3686-GW(MRWX), 2017 WL 7661484, at *1 (C.D. Cal. June 13, 2017) (citing *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006); *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004)). Therefore, the Motion is **GRANTED**. All pre-trial deadlines in this case are stayed pending resolution of Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED**.

Dated: October 1, 2021

John A. Kronstadt
United States District Judge