| | |
|---|---|
| David P. Enzminger (SBN: 137065)<br>denzminger@winston.com<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 | John D. Haynes (*pro hac vice*)<br>john.haynes@alston.com<br>**Alston & Bird LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: 404-881-7000<br>Facsimile: 404-881-7777 |
| Krishnan Padmanabhan (SBN: 254220)<br>kpadmanabhan@winston.com<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 | *Attorney for Nokia Defendants* |

*Attorneys for Cisco Systems, Inc. and ADVA Defendants*

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. and DOES 1 through 10, inclusive,<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION; and<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.<br><br>Defendants. | Case No. 8:20-cv-1468-JAK-AGR<br>Case No. 8:19-cv-2190-JAK-RAO<br>Case No. 8:20-cv-1463-JAK-RAO<br><br>Assigned to Hon. John A. Kronstadt<br><br>**JOINT REQUEST FOR DECISION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 83-9.2** |

1       Pursuant to Local Rule 83-9.2, Plaintiff Core Optical Technologies, LLC (Plaintiff) and Defendants Cisco Systems, Inc., ADVA Optical Networking SE, ADVA Optical Networking North America, Inc., Nokia Corporation, and Nokia of America Corporation (collectively Defendants) hereby submit this Joint Request for the Court to render a decision on Defendants' Motions for Summary Judgment (MSJ motions) without further delay.

      Defendants filed their respective MSJ motions and briefing on September 7, 2021 (Dkt. 65[1]), Plaintiff filed its Opposition briefing on October 12, 2021 (Dkt. 83), and Defendants filed their Reply briefing on November 1, 2021 (Dkt. 88). The Court held a hearing on December 6, 2021, and the MSJ motions were taken under submission on December 9, 2021 (Dkt. 105). Accordingly, pursuant to *L.R.* 83-9.1, the Court's date to render its decision on Defendants' MSJ was on or about April 8, 2022. *L.R.* 83-9.1 ("The Court shall render and file its decision on motions and non-jury trials within 120 days after the matter is submitted for decision."). Pursuant to *L.R.* 83-9.2, the parties hereby file this joint request "that such decision be made without further delay," or alternatively, pursuant to *L.R.* 83-9.3, "within 30 days after filing [this] joint request . . . [the Court will] advise the parties in writing of the date by which the decision will be made."

---

[1] All case citations herein are to *Core Optical Technologies, LLC v. Cisco Systems, Inc.* Case No. 8:20-cv-1468-JAK (AGRx). The MSJ motion was also filed in *Core Optical Technologies, LLC v. Nokia Corporation et al*, Case No. 8:19-cv-02190-JAK (RAO) and *Core Optical Technologies, LLC v. ADVA Optical Networking SE et al*, Case No. 8:20-cv-01463-JAK (RAO).

| | | |
|---|---|---|
| 1 | Dated: April 18, 2022 | WINSTON & STRAWN LLP |
| 2 | | /s/ *David P. Enzminger* |
| 3 | | David P. Enzminger (SBN 137065)<br>denzminger@winston.com |
| 4 | | 333 S. Grand Ave.<br>Los Angeles, CA 90071 |
| 5 | | Telephone: 213-615-1700<br>Facsimile: 213-615-1750 |
| 6 | | Krishnan Padmanabhan (SB: 254220) |
| 7 | | kpadmanabhan@winston.com<br>200 Park Avenue New York, NY |
| 8 | | 10166 Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 9 | | |
| 10 | | Robert N. Kang (SBN: 274389)<br>rkang@winston.com |
| 11 | | 101 California Street, Suite 3500 San<br>Francisco, CA 94111 |
| 12 | | Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |
| 13 | | ***Attorneys for Defendants Cisco Systems, Inc. and ADVA Defendants*** |
| 14 | | |
| 15 | | ALSTON & BIRD LLP |
| 16 | | /s/ *Thomas W. Davison* |
| 17 | | John D. Haynes (admitted *pro hac vice*)<br>john.haynes@alston.com |
| 18 | | 1201 West Peachtree Street<br>Atlanta, GA 30309 |
| 19 | | Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777 |
| 20 | | Thomas W. Davison (admitted *pro hac vice*) |
| 21 | | tom.davison@alston.com<br>950 F Street, NW |
| 22 | | Washington, DC 20004<br>Telephone: (202) 239-3300 |
| 23 | | Facsimile: (202) 239-3333 |
| 24 | | H. James Abe (State Bar No. 265534)<br>james.abe@alston.com |
| 25 | | 333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071 |
| 26 | | Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100 |
| 27 | | |
| 28 | | ***Attorneys for Defendants Nokia Corp. and Nokia of America Corp.*** |

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

/s/ *Lawrence M. Hadley*

Lawrence M. Hadley (State Bar No. 157,728)
lhadley@glaserweil.com
Stephen E. Underwood (State Bar No. 320,303)
sunderwood@glaserweil.com
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

LEWIS BRISBOIS BISGAARD & SMITH LLP

Lawrence LaPorte (State Bar No. 130,003)
Lawrence.LaPorte@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

***Attorneys for Plaintiff***
***Core Optical Technologies, LLC***

## **ATTESTATION**

I, David P. Enzminger, attest that the above signatories, on whose behalf this document is being filed, concur in the filing's content and have authorized the filing.

Dated: April 18, 2022          WINSTON & STRAWN LLP

By: /s/*David P. Enzminger*
     David P. Enzminger