

RECEIVED
CLERK, U.S. DISTRICT COURT
5/22/24
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

# United States Court of Appeals for the Federal Circuit

---

**CORE OPTICAL TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION,**
*Defendants-Appellees*

---

2023-1001

---

Appeal from the United States District Court for the Central District of California in No. 8:19-cv-02190-JAK-RAO, Judge John A. Kronstadt.

---

**CORE OPTICAL TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**ADVA OPTICAL NETWORKING SE, ADVA OPTICAL NETWORKING NORTH AMERICA, INC.,**
*Defendants-Appellees*

---

2023-1002

---

Appeal from the United States District Court for the Central District of California in No. 8:20-cv-01463-JAK-RAO, Judge John A. Kronstadt.

---

**CORE OPTICAL TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**CISCO SYSTEMS, INC.,**
*Defendants-Appellees*

———————————

2023-1003

———————————

Appeal from the United States District Court for the Central District of California in No. 8:20-cv-01468-JAK-AGR, Judge John A. Kronstadt.

———————————

**JUDGMENT**

———————————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

May 21, 2024
Date

Jarrett B. Perlow
Clerk of Court