# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Core Optical Technologies, LLC<br><br>PLAINTIFF(S)<br>v.<br><br>Cisco Systems, Inc.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CV20-01468 JAK (AGRx)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Judgment was entered by the Court in error.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Judgment (Dkt. 311) | 10/1/25 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

October 3, 2025
Date

United States District Judge John A. Kronstadt