1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION, et al.; ADVA OPTICAL NETWORKING SE, et al.; and CISCO SYSTEMS, INC., et al.,<br><br>   Defendants. | No. 8:19-CV-02190-JAK (RAOx)<br>No. 8:20-CV-01463-JAK (RAOx)<br>No. 8:20-CV-01468-JAK (AGRx)<br><br>**JUDGMENT**<br>**[JS6: CASE STAYED]** |
|---|---|
| NORTHRUP GRUMMAN SYSTEMS CORPORATION,<br><br>   Plaintiff-in-Intervention,<br><br>v.<br><br>NOKIA CORPORATION, et al.; ADVA OPTICAL NETWORKING SE, et al.; and CISCO SYSTEMS, INC., et al.,<br><br>   Defendants-in-Intervention. | |

1

On January 19, 2025, an Order issued granting Northrop Grumman Systems Corporation ("Northrop") leave to intervene. On January 31, 2025, Plaintiff Core Optical Technologies, LLC ("Core Optical") asserted counterclaims against Northrop.

On September 12, 2025, a Memorandum of Decision re Bench Trial ("Memorandum of Decision") issued finding Core Optical lacks Article III standing to assert U.S. Patent No. 6,782,211 ("the '211 patent") against Nokia of America Corporation et al. (Case No. 8:19-cv-2190-JAK), Cisco Systems, Inc. et al. (Case No. 8:20-cv-1463-JAK), and ADVA Optical Networking SE et al. (Case No. 8:20-cv-1468-JAK) (collectively, "Defendants").

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the Memorandum of Decision, Plaintiff's claims against Defendants are **DISMISSED** in their entirety due to lack of subject matter jurisdiction. **JUDGMENT** is accordingly hereby entered in favor of Defendants.

Further, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the Memorandum of Decision, Count 1 of Plaintiff's counterclaims against Northrop is **DISMISSED** due to lack of subject matter jurisdiction. **JUDGMENT** is accordingly hereby entered in favor of Northrop as to Count 1 of Plaintiff's counterclaims against Northrop. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay and this shall be deemed a final judgment pursuant to Rule 54(b).

**IT IS SO ORDERED.**

Dated:  October 15, 2025

_____
John A. Kronstadt
United States District Judge