# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION, et al.; ADVA OPTICAL NETWORKING SE, et al.; and CISCO SYSTEMS, INC., et al.,<br><br>    Defendants. | No. 8:19-CV-02190-JAK (RAOx)<br>No. 8:20-CV-01463-JAK (RAOx)<br>No. 8:20-CV-01468-JAK (AGRx)<br><br>**ORDER UNSEALING MEMORANDUM OF DECISION (DKT. 306)** |
| NORTHRUP GRUMMAN SYSTEMS CORPORATION,<br><br>    Plaintiff-in-Intervention,<br><br>v.<br><br>NOKIA CORPORATION, et al.; ADVA OPTICAL NETWORKING SE, et al.; and CISCO SYSTEMS, INC., et al.,<br><br>    Defendants-in-Intervention. | |

1

On September 12, 2025, a Memorandum of Decision Re: Bench Trial issued under seal (the "Memorandum of Decision") (Dkt. 306)). On September 29, 2025, the parties represented, through a joint statement, that no portion of the Order merits sealing. Dkt. 308 at 2.

Based on the foregoing, the Clerk is directed to **UNSEAL** the Memorandum of Decision filed at Dkt. 306.

**IT IS SO ORDERED.**

Dated:  October 20, 2025                    _____

                                                                    John A. Kronstadt
                                                                    United States District Judge